*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 26, 2015                    518027
_____

In the Matter of ROBERT JONES,
                    Appellant,

        v
                                              MEMORANDUM AND ORDER

KEVIN P. HICKEY, as Assistant
    Attorney General of the
    State of New York,
                    Respondent.
_____

Calendar Date:  February 11, 2015

Before:  McCarthy, J.P., Egan Jr., Devine and Clark, JJ.

                    _____


        Robert Jones, Coxsackie, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____


Egan Jr., J.

        Appeal from a judgment of the Supreme Court (Elliott III,
J.), entered October 22, 2013 in Greene County, which, in a
proceeding pursuant to CPLR article 78, granted respondent's
motion to dismiss the petition.

        Petitioner, a prison inmate, commenced this CPLR article 78
proceeding seeking to revisit the denial of a prior application
for a writ of habeas corpus.[1]  Supreme Court granted respondent's

_____

        [1]  Subsequently, this Court affirmed the judgment denying
petitioner's application for the writ of habeas corpus (People ex
rel. Jones v Martuscello, 111 AD3d 1184 [2013], appeal dismissed

motion to dismiss the petition and petitioner now appeals.

We affirm.  Inasmuch as the relief requested by petitioner is outside the scope of a CPLR article 78 proceeding, Supreme Court properly dismissed the petition upon that ground (see CPLR 7803).  Moreover, to the extent that Supreme Court treated the petition as a motion to renew, we agree that petitioner failed to demonstrate that the alleged newly discovered evidence underlying the motion "could not have been discovered sooner through the exercise of due diligence and that it would likely produce a different result" (Matter of Vega v Fischer, 108 AD3d 955, 955 [2013], lv dismissed 22 NY3d 953 [2013]; see CPLR 2221).  Petitioner's remaining claims have been considered and found to be without merit.

McCarthy, J.P., Devine and Clark, JJ., concur.


ORDERED that the judgment is affirmed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court




23 NY3d 957 [2014]).